# THE STATE OF NEW HAMPSHIRE

# SUPREME COURT

**In Case No. 2015-0690, <u>State of New Hampshire v. Joshua Dube</u>, the court on October 14, 2016, issued the following order:**

Having considered the brief, the memorandum of law, and the record submitted on appeal, we conclude that oral argument is unnecessary in this case. <u>See</u> <u>Sup. Ct. R.</u> 18(1). We affirm.

The defendant, Joshua Dube, appeals his conviction, following a jury trial in Superior Court (<u>Bornstein</u>, J.), on a charge of aggravated felonious sexual assault. <u>See</u> RSA 632-A:2, I (2016). He posits that the trial court "may have erred in failing to disclose material . . . that was submitted for <u>in camera</u> review."

We review the trial court's decision to withhold materials submitted for <u>in camera</u> review for an unsustainable exercise of discretion. <u>State v. Alwardt</u>, 164 N.H. 52, 58 (2012). Based upon our review of the subject material, we are satisfied that the portions withheld contain no information that would have been of assistance to the defense and that the trial court sustainably exercised its discretion in declining to disclose them. <u>See</u> <u>id</u>.

<u>Affirmed</u>.

Dalianis, C.J., and Hicks, Conboy, Lynn, and Bassett, JJ., concurred.


**Eileen Fox,**
**Clerk**